DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**ADAM BENJAMIN HUNT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-2075

[August 13, 2014]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert R. Makemson, Judge; L.T. Case No. 562010CF1214A.

Adam Benjamin Hunt, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

We affirm the trial court's summary denial of Adam Benjamin Hunt's motion to correct illegal sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(a) because he has not demonstrated entitlement to relief under that rule. His challenges suggest possible claims of ineffective assistance of defense counsel and involuntary plea. Our affirmance is without prejudice to his right to file a motion for post-conviction relief in compliance with the verification and content requirements of Florida Rule of Criminal Procedure 3.850, within thirty days of the date of this court's mandate. A rule 3.850 motion filed within that deadline will be considered timely filed. *Orosco v. State*, 801 So. 2d 303 (Fla. 2d DCA 2001).

*Affirmed.*

MAY, FORST and KLINGENMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***